11/02/2009

NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE TEXAS

                    75067


      Re:      JOHN WILLIAM GEIGER
               Case #  09 B 06934
               Account # 3780
               Arrears Amount  4,178.02


According to our records the above debtor has paid the listed arrearage
in full, satisfying all prepetition mortgage obligations. You are now
required to treat the mortgage as reinstated and fully current unless
the debtor has failed to make timely payments of postpetition obligations
to you. If the debtor has failed to make timely payments of any post-
petition obligations, you are required to itemize all outstanding payment
obligations as of the date of this notice and file a statement of those
obligations with the United States Bankruptcy Court for the Northern
District of Illinois, giving notice of the same to our office, the debtor,
and the attorney for the debtor within sixty (60) days of service of this
notice.


**If you fail to file and serve a statement of outstanding obligations
within the required time, you are required to treat the mortgage as
reinstated according to its original terms, fully current as of the date
of this notice.**


If you serve a statement of outstanding obligations within the required
time, the debtor may (i) within 30 days of service of the statement,
challenge the accuracy of the statement by motion filed with the court
on notice to the holder and the standing trustee, with the court
resolving the challenge as a contested matter, or (ii) propose a modified
plan to provide for payment of additional amounts that the debtor
acknowledges or the court determines to be due. To the extent that amounts
set forth on a timely filed statement of outstanding obligations are not
determined by the court to be invalid or are not paid by the debtor through
a modified plan, your right to collect these amounts will be unaffected.


Tom Vaughn
Chapter 13 Trustee
200 S. Michigan Ave, Suite 1300
Chicago, Illinois 60604
(312) 294-5900
(312) 341-7168 (FAX)

```
JOHN WILLIAM GEIGER
933 N WALNUT AVE
ARLINGTON HEIGHTS IL
60004

NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE TEXAS

75067

DIANE BRAZEN GORDON
175 OLDE HALF DAY RD #140 4
LINCOLNSHIRE IL

60069

NATIONSTAR MORTGAGE LLC
350 HIGHLAND DR
LEWISVILLE TEXAS

750670000
```